UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| OR SIVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV11-07202 CAS (RZx) |
| | ) |
| UNITED STATES CITIZENSHIP | ) |
| AND IMMIGRATION SERVICES, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties, it is hereby ordered that the above-captioned case be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii), without prejudice. Each party shall bear its own costs and fees.

SO ORDERED this 11th day of July, 2012 in the Central District of California, Western Division.

_____
The Honorable Christina A. Snyder
United States District Judge

1